**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **DENY ANTONIO GARCIA-MARINO,** | § § § | |
| **Petitioner,** | § § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-1322-KC** |
| **MARKWAYNE MULLIN et al.,** | § § § | |
| **Respondents.** | § § | |

**<u>ORDER</u>**

On this day, the Court considered the Motion for Admission Pro Hac Vice ("Motion"), ECF No. 7-1, filed by Attorney Carlos Dantes Mejias, Jr.  The Court previously denied Mr. Mejias' original request for admission pro hac vice because it did not conform to the Local Rules.  May 11, 2026, Order, ECF No. 4.  The new Motion complies with the requirements.

However, the Clerk's Office has informed the Court that Mr. Mejias is admitted to practice in the Western District of Texas and has been since 2015.  Therefore, pro hac vice admission is unnecessary.  In his previous request, Mr. Mejias alluded to a problem with his electronic filing account.  Mot. PHV 1, ECF No. 2 ("Undersigned counsel maintains an active PACER/CM/ECF account with this Court; however, the account status is presently designated as 'Attorney Unadmitted.'").  Any such issue appears to be resolved.  Mr. Mejias e-filed his latest Motion and is showing as an active attorney of record for Petitioner on the docket, receiving electronic notices of pleadings and orders.

Accordingly, the Motion is **DENIED** as **MOOT**.  So long as Mr. Mejias is admitted to practice, he need not file a motion for admission pro hac vice in any case in this Court.

2

**SO ORDERED**.

**SIGNED this 15th day of May, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE